# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-20725-CR-HUCK/O'SULLIVAN**

**18 U.S.C. § 641**
**18 U.S.C. § 981(a)(1)(C)**

FILED by _____ D.C.

ELECTRONIC

**AUG 20, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

MARIE HENDERSON,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-13

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

### MARIE HENDERSON,

did knowingly embezzle, steal, purloin, and convert to her own use, money of the United States and a department and agency thereof, the aggregate value of which exceeded $1,000.00, that is, Social Security Administration, Title II survivor benefit payments to which she was not entitled:

| Count | Approximate Date | Amount of Payment |
|---|---|---|
| 1 | September 1, 2004 | $907.05 |
| 2 | October 1, 2004 | $907.05 |
| 3 | November 1, 2004 | $907.05 |
| 4 | December 1, 2004 | $907.05 |
| 5 | January 3, 2005 | $934.05 |
| 6 | February 1, 2005 | $930.13 |
| 7 | March 1, 2005 | $930.13 |
| 8 | April 1, 2005 | $930.13 |

| Count | Approximate Date | Amount of Payment |
|---|---|---|
| 9 | May 1, 2005 | $930.13 |
| 10 | June 1, 2005 | $930.13 |
| 11 | July 1, 2005 | $930.13 |
| 12 | August 1, 2005 | $930.13 |
| 13 | September 1, 2005 | $930.13 |

In violation of Title 18, United States Code, Sections 641 and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 13 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2.      Upon conviction of any of the offenses charged in Counts 1 through 13 of this Indictment, defendant **MARIE HENDERSON**, shall forfeit to the United States, any property, real or personal, which constitutes proceeds or is derived from proceeds traceable to the aforestated offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      The property subject to forfeiture includes, but is not limited to, a money judgment in the amount of $12,003.00.

2

All pursuant Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____

FOREPERSON

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
ROGER CRUZ
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

**MARIE HENDERSON,**

Defendant. _____/

**Superseding Case Information:**

**Court Division**: (Select One)

X
Miami _____ Key West _____
FTL _____ WPB _____ FTP

New Defendant(s)             Yes _____ No _____
Number of New Defendants
Total number of counts        _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    NO
   List language and/or dialect _____

4. This case will take    1-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | | |
   | II | 6 to 10 days | | Minor | | |
   | III | 11 to 20 days | | Misdem. | | |
   | IV | 21 to 60 days | | Felony | X | |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X No

ROGER CRUZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 157971

\*Penalty Sheet(s) attached

REV 4/08/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **MARIE HENDERSON**

**Case No**:

Counts #: 1-13

Theft of Government Funds

Title 18, United States Code, Section 641

**\* Max. Penalty**:   10 Years' Imprisonment

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**