UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20725-CR-Huck

UNITED STATES OF AMERICA,

       Plaintiff

vs.

Marie Henderson

       Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: _____

The above-named Defendant appeared before **U.S. Magistrate Judge TED E. BANDSTRA.** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: _____

                       _____

                       Tel. No: _____

Defense Counsel: Name: AFPD

                       _____

                       _____

                       Tel. No _____

Bond Set/Continued: $ 10,000 PSB

Dated this 8 day of October, 2009.

STEVEN M. LARIMORE, CLERK OF COURT

BY __PATTY FITZPATRICK__
      Deputy Clerk

TAPE NO. 09E-37
DAR NO. 140355