AO 442 (Rev. 01/09) Arrest Warrant

USSS 766562

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
MARIE HENDERSON,
*Defendant*

Case No. 09-20725-CR-HUCK

MAGISTRATE JUDGE O'SULLIVAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARIE HENDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Theft of Government Funds, in violation of Title 18, United States Code, Section 641

Date: 8/20/09

FILED by ADB
INTAKE
OCT 28 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

*Issuing officer's signature*
L. Williams, Deputy Clerk

City and state: Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08-25-09 , and the person was arrested on *(date)* 09-01-09
at *(city and state)* Atlanta, GA by USSS .

Date: 10-09-09

BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

CHRISTINA PHARO, U.S. MARSHAL, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: MARIE HENDERSON

$100,000 / Personal Surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: ROGER CRUZ

Last Known Address: _

What Facility: _____

Agent(s): S/A GREGORY THOMPSON
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
USSS