UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20725-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIE HENDERSON,

    Defendant.
_____

### REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE**, having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the defendant in the above-referenced case, and this Court, having conducted a change of plea hearing recommends to the District Court as follows:

    1.    On November 4, 2009, this Court convened a hearing to permit the defendant to enter a change of plea in the aforementioned matter. This Court advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of the defendant, the defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. This Court advised the defendant that the defendant did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge.  The defendant, the defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is an oral plea agreement that has been entered into by the parties in this case.  This Court was advised of the terms of the oral plea agreement on the record and had the defendant acknowledge that the defendant agreed to the plea agreement. This Court also made certain that the defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the oral plea agreement and the applicable statutes.

5. The defendant pled guilty to Counts I and XIII set forth in the Indictment as follows:

Count I: In violation of Title 18, United States Code, Section 641 and 2, the defendant knowingly embezzled, stole, purloined and converted to her own use the Social Security Administration, Title II survivor benefit payments to which she was not entitled to on September 1, 2004 in the amount of $907.05.

Count XIII: In violation of Title 18, United States Code, Section 641 and 2, the defendant knowingly embezzled, stole, purloined and converted to her own use the Social Security Administration, Title II survivor benefit payments to which she was not entitled to on September 1, 2005 in the amount of $930.13.

6. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which the defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalty in respect to the Indictment. The defendant acknowledged the possible maximum penalty which could be imposed in this case.

7. Based upon all of the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to Counts I and XIII of the Indictment, as more particularly described herein, and that the defendant be adjudicated guilty of those offenses.

8. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **Tuesday, January 12, 2010 at 10:00 AM, at the United States District Court, Southern District of Florida, in the Wilke D. Ferguson, Jr. United States Courthouse, Courtroom 13-2, 400 N. Miami Avenue, Miami, Florida**.

ACCORDINGLY, the undersigned recommends to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offenses to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge

Paul C. Huck.

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **4th** day of November, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Huck

Monique Annunziato, AUSA
U. S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111

Sowmya Bharathi, AFPD
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556

United States Probation