UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20725-CR-HUCK/O'SULLIVAN

**UNITED STATES OF AMERICA**,

  Plaintiff,

vs.

**MARIE HENDERSON**,

  Defendant.
_____/

CHANGE OF PLEA MINUTES
NOVEMBER 4, 2009
4:30 PM TO 4:50

  On this date, the above-named Defendant appeared via video conference before the Honorable John J. O'Sullivan, United States Magistrate Judge, with <u>SOWMYA BHARATHI</u>, counsel appointed by the Court, and said Defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Counts <u>1 and 13</u> of the Indictment.

  After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

  Whereupon:

- ( ) The Court proceeded to pronounce sentence.
- (X) The Court postponed sentencing until January 12, 2010 at 10:00 a.m.
- (X) and the defendant allowed to remain on present bond until then;
- ( ) and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- ( ) and the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

  The U.S. Attorney announced Count(s) 2 through 12 of the Indictment will be dismissed on the government's motion at sentencing.

| | |
|---|---|
| Reporter: | LARRY HERR |
| Clerk: | CHERLE GRIFFIN |
| AUSA: | <u>MONIQUE BOTERO ANNUNZIATO</u> |