UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:09-20725-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

vs.

MARIE HENDERSON,
_____/

## ORDER ON DEFENDANT'S MOTION TO VERIFY EMPLOYMENT VIA PAYCHECK STUBS

This cause having come before the Court on Defendant's Motion to Verify Employment via Paycheck Stubs, the Court being fully apprised of the matters therein, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED.

Entered in Miami, Florida, this 12 day of November, 2009.

JUDGE PAUL C. HUCK
UNITED STATES DISTRICT COURT

Cc:  All counsel of record
     U.S. Probation