UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-CR-20725-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARIE HENDERSON
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THE MATTER was referred to Magistrate Judge John O'Sullivan, on November 4, 2009. A Report and Recommendation filed on November 4, 2009 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to counts one and thirteen of the indictment.

DONE AND ORDERED in chambers in Miami, Florida this 24 day of November, 2009.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record